IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN ANCHUSTEGUI, | ) |
| | ) CASE NO. CV 97-541-S-MHW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| SECRETARY OF THE UNITED STATES | ) |
| DEPARTMENT OF AGRICULTURE; | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter is before the Court on remand from the United States Court of Appeals for the Ninth Circuit. In a decision issued on July 17, 2001, the Ninth Circuit reversed, indicating that the matter should be remanded to the United States Forest Service for further proceedings in conjunction with Plaintiff's grazing permit. *Anchustegui v. Dept. of Agriculture*, 257 F.3d 1124 (2001). On September 10, 2001, the Ninth Circuit issued a mandate finalizing the judgment. Accordingly, it is now the Order of this Court that the matter be remanded to the Forest Service for further proceedings consistent with the decision of the Ninth Circuit and the requirements of the Administrative Procedures Act, 5 U.S.C. § 706, and that this case filed is closed.

**IT IS SO ORDERED.**

DATED: October 15, 2001.

MIKEL H. WILLIAMS
UNITED STATES MAGISTRATE JUDGE

Order - page 1

## MAILING CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 17th day of October, 2001, to the following:

DANIEL V STEENSON
RINGERT CLARK
P O BOX 2773
BOISE ID 83701

JOANNE P RODRIGUEZ
ASSISTANT UNITED STATES ATTORNEY
P O BOX 32
BOISE ID 83707

                                        Cameron S. Burke, Clerk
                                        United States District Court

                                        _Vicki Jones_
                                        by Deputy Clerk